UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASITY, | No. 2:24-cv-1097 CSK P |
| Plaintiff, | |
| v. | ORDER |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |

     Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed an in forma pauperis affidavit, but the form and the attached trust account statement was not certified by prison officials. See 28 U.S.C. § 1915(a). Moreover, on April 22, 2024, plaintiff's copy of the court's new case documents and order was returned, noting the mail was "undeliverable, paroled."[1] The official website for the California Department of Corrections and Rehabilitation confirms that plaintiff is no longer in state custody.

     Because plaintiff has now been released, he must file a new application to proceed in forma pauperis inasmuch as his financial circumstances have changed. The Clerk of the Court is directed to send plaintiff the application to proceed in forma pauperis by a nonprisoner.

---

[1] Despite such returned mail, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Nonprisoner.

Dated: April 29, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/casi1097.3