UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASITY, | No. 2:24-cv-1097 DC CSK P |
| Plaintiff, | |
| v. | ORDER GRANTING EXTENSION OF TIME and ORDER EXTENDING STAY |
| B. WHEELER, | |
| Defendant. | |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 13, 2024, this action was stayed for 120 days pending referral to the Post-Screening ADR project. (ECF No. 16.) On November 22, 2024, defendant filed a first motion for extension of time to file a responsive pleading. (ECF No. 19.) Defendant asks that the deadline be extended to thirty days after the January 23, 2025 settlement conference currently set in this matter.

    Good cause appearing, defendant's motion for extension of time is granted. The current stay of this action expires on December 11, 2024, prior to the January 23, 2025 settlement conference. Thus, the stay of this action is extended through January 23, 2025. Thirty days after January 24, 2025, falls on a Sunday; therefore, if the case does not settle, defendant shall file a responsive pleading on or before February 24, 2025, the following Monday. Fed. R. Civ. P. 6(a)(1)(C).

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendant's motion for extension of time (ECF No. 19) is granted.
2. The stay of this action (ECF No. 16) is extended through January 23, 2025.
3. If the case does not settle, defendant shall file a responsive pleading on or before February 24, 2025.

Dated: November 25, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/casi1097.ext.sty

2