1  RICHARD D. CASITY
   SO-CAL PROGRESSIVE LIVING
2  1566 JANTZEN DRIVE
   COLTON, CA 92324
3
   ROB BONTA, State Bar No. 202668
4  Attorney General of California
   MARISA KIRSCHENBAUER, State Bar No. 226729
5  Supervising Deputy Attorney General
   JAY M. GOLDMAN, State Bar No. 168141
6  Supervising Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA  94102-7004
    Telephone: (415) 510-3571
8   Fax:  (415) 703-5843
    E-mail: Jay.Goldman@doj.ca.gov
9  *Attorneys for Defendant*
   *B. Wheeler*
10
                IN THE UNITED STATES DISTRICT COURT
11
                FOR THE EASTERN DISTRICT OF CALIFORNIA
12
                        SACRAMENTO DIVISION
13

| RICHARD D. CASITY,<br><br>Plaintiff,<br><br>v.<br><br>B. WHEELER,<br><br>Defendant. | 2:24-cv-01097-DMG-CSK<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br>Judge:         The Honorable Chi Soo Kim<br>Trial Date:    None Set.<br>Action Filed:  April 11, 2024 |
|---|---|

1

Plaintiff Richard D. Casity, and Defendant Wheeler have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorneys' fees.

It is so stipulated.

Dated: April 4, 2025

Respectfully submitted,
RICHARD D. CASITY

*/s/ Richard D Casity/*

RICHARD D. CASITY
Plaintiff, *In Pro Se*

*/s/ Richard Casity/*

Dated: April 2, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MARISA KIRSCHENBAUER
Supervising Deputy Attorney General


*/s/ Jay Goldman*
JAY M. GOLDMAN
Supervising Deputy Attorney General
*Attorneys for Defendant B. Wheeler*

84944967.docx

# CERTIFICATE OF SERVICE

Case Name: *Richard Casity v. B. Wheeler*
Case No.  2:24-cv-01097-DC-CSK

I hereby certify that on April 18, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On April 18, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Richard D. Casity
So-Cal Progressive Living
1566 Jantzen Drive
Colton, CA 92324

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 18, 2025, at San Francisco, California.

B. Chung
Declarant

Signature

SA2024802611
44593459.docx