Richard Casity
16670 Lake Conyon Rd
Sutter Creek, Ca 95685

**FILED**

AUG 18 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

2:24cv1097-DC-CSK


C A L I F O R N I A
**DEPARTMENT OF JUSTICE**

**Rob Bonta**
*Attorney General*

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 510-4400
Telephone: (415) 510-3571
Facsimile: (415) 703-5843
E-Mail: Jay.Goldman@doj.ca.gov

April 2, 2025

Via overnight mail

Richard D. Casity
So-Cal Progressive Living
1566 Jantzen Drive
Colton, CA 92324

RE: Richard Casity v. B. Wheeler
U.S. District Court, Eastern District of California, Case No. 2:24-cv-01097-DC-CSK

Dear Mr. Casity:

Deputy Attorney General Norma Morales has left the employ of the Department of Justice, and I have been assigned to complete the settlement in your case.

We received a signed and completed Payee Data Form. Thank you for that. But I noticed that the settlement agreement we sent to you, and the stipulated dismissal, both had errors, in that they referred to a "Plaintiff Howell" rather than you. Plus, you did not sign the settlement agreement. I apologize for these errors and for any confusion they may have caused.

I enclose a corrected settlement agreement and release, and stipulation for dismissal. Please sign each document and return them to me in the enclosed postage paid return envelope so that CDCR can process the settlement and issue payment.

Thank you.

Sincerely,

*/s/ Jay Goldman*
JAY M. GOLDMAN
Supervising Deputy Attorney General

For    ROB BONTA
          Attorney General

SA2024802611
44572633.docx